United States District Court
Eastern District of New York

| | |
|---|---|
| VANS, INC. and VF OUTDOOR, LLC<br><br>Plaintiffs,<br><br>-against-<br><br>MSCHF PRODUCT STUDIO, INC.,<br><br>Defendant | 22-cv-02156-WFK-RML<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

TO: <u>Opposing Counsel</u>

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I Nicole E. O'TOOLE, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of SWANSON, MARTIN & BELL, LLP and a member in good standing of the bar of the State of ILLINOIS, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for DEFENDANT MSCHF PRODUCT STUDIO, INC. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: April 21, 2022

Respectfully submitted

/s/ *Nicole E. O'Toole*
Signature of Movant
Firm Name: Swanson, Martin & Bell, LLP
Address:   330 N. Wabash, Suite 3300
           Chicago, IL 60611
Email:     notoole@smbtrials.com
Phone:     (312) 766-0060