United States District Court
Eastern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
- -

VANS, INC. and VF OUTDOOR, LLC

        Plaintiffs,

    -against-

MSCHF PRODUCT STUDIO, INC.,

       Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:
:
:
:
:
:
:
:
:
:
:
:

22-cv-02156-WFK-RML

NOTICE OF MOTION TO
ADMIT COUNSEL PRO HAC
VICE

TO:    <u>Opposing Counsel</u>

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the

Certificate of Good Standing annexed thereto, I John Fredrick Belcaster, will move this Court pursuant to

Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts

of New York for an order allowing the admission of movant and a member in good standing of the bar of

the State of ILLINOIS, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for

DEFENDANT MSCHF PRODUCT STUDIO, INC. There are no pending disciplinary proceedings against

me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: April 22, 2022

                      Respectfully submitted

                      <u>/s/ *John Fredrick Belcaster*</u>
                      Signature of Movant
                      Address: 104 S. Michigan Ave. Suite 1400
                                Chicago, Illinois 60603-5902
                      Email:       john@mschf.xyz
                      Phone:      (312) 264-7000