UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :

VANS, INC. and VF OUTDOOR, LLC        :
                                                          :          Case No. 1:22-cv-02156-WFK-RML
                           Plaintiffs,     :
                                                           :

                      -against-                   :          **NOTICE OF APPEAL**
                                                           :

MSCHF PRODUCT STUDIO, INC.           :
                                                           :
                                            Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

               PLEASE TAKE NOTICE that Defendant MSCHF Product Studio, Inc., appeals to the United States Court of Appeals for the Second Circuit from this Court's Decision & Order granting Plaintiffs' motion for a temporary restraining order and a preliminary injunction entered April 29, 2022 (Dkt. 40).

Dated:   New York, New York
            May 2, 2022

                                                               Respectfully submitted,

                                                               By: /s/ *David H. Bernstein*
                                                                   David H. Bernstein

SWANSON, MARTIN & BELL, LLP
   William D. Patterson (of counsel)
   Nicole E. O'Toole (of counsel)
   330 N. Wabash, Suite 3300
   Chicago, IL 60611
   (312) 321-8445
   wpatterson@smbtrials.com
   notoole@smbtrials.com

MSCHF PRODUCT STUDIO, INC.
   John Belcaster (of counsel)
   62 Bayard Street
   Brooklyn, NY 11222
   john@mschf.xyz

DEBEVOISE & PLIMPTON LLP
   David H. Bernstein
   Megan K. Bannigan
   Marissa MacAneney
   Timothy Cuffman
   919 Third Avenue
   New York, New York 10022
   Tel: (212) 909-6000
   Fax: (212) 909-6836
   dhbernstein@debevoise.com
   mkbannigan@debevoise.com
   mpmacaneney@debevoise.com
   tcuffman@debevoise.com

                                  *Counsel for Defendant MSCHF Product Studio, Inc.*

TO:   Michael L. Simes
Philip A. Goldstein
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Tel: (212) 548-7013
Fax: (212) 715-6260
msimes@mcguirewoods.com
pagoldstein@mcguirewoods.com

Tanya L. Greene
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
Tel: (213) 457-9879
Fax: (213) 547-9899
tgreene@mcguirewoods.com

Lucy J. Wheatley
Matthew G. Rosendahl
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 698-2016
lwheatley@mcguirewoods.com
mrosendahl@mcguirewoods.com

Matthew W. Cornelia
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
mcornelia@mcguirewoods.com

*Counsel for Plaintiffs*
*Vans, Inc. and VF Outdoor, LLC*