**McGuireWoods LLP**
Wells Fargo Center
South Tower
355 S. Grand Ave. Suite 4200
Los Angeles, CA 90071-3103
Phone: 213.627.2268
Fax: 213.627.2579
www.mcguirewoods.com

**Tanya L. Greene**   MᴄGᴜɪʀᴇWᴏᴏᴅs                                    tgreene@mcguirewoods.com

May 12, 2022

**Filed via CM/ECF**

The Honorable William F. Kuntz II
United State District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**    *Vans, Inc. & VF Outdoor, LLC v. MSCHF Prod. Studio, Inc.*, No. 22-CV-2156

Dear Judge Kuntz:

Plaintiffs Vans, Inc. and VF Outdoor, LLC (collectively, "Vans") wish to file a motion for an order, pursuant to Fed. R. Civ. P. 70(e), Local Civil Rule 83.6, and the court's inherent authority, finding Defendant MSCHF Product Studio, Inc. ("MSCHF") in contempt of the Court's April 29, 2022 Decision & Order granting Vans' motion for a temporary restraining order and preliminary injunction (Dkt. 40) (the "Injunction"). Pursuant to Rule III.E of Your Honor's Individual Rules, we request an expedited briefing schedule. MSCHF has continued to fulfill orders for, and ship, its infringing Wavy Baby shoes (the "Infringing Shoes") in violation of the Injunction, and therefore an order of contempt and the imposition of sanctions is necessary to immediately ensure that MSCHF conforms its conduct to the Court's unambiguous instructions.

As Your Honor is aware, this case involves MSCHF's blatant infringement and dilution of Vans' famous Old Skool trade dress and associated trademarks through its promotion and sale of the Infringing Shoes. Indeed, MSCHF has all but conceded that its shoes are knockoffs of Vans' famous trade dress, relying instead on its argument that the shoes—of which it has sold thousands of pairs—are a parody of "sneakerhead" culture. The Court rightly rejected MSCHF's defense and found that Vans is likely to succeed on the merits of its claims, that it would be irreparably harmed by MSCHF's continued infringement, and that the public interest and balance of equities favor preliminary relief.  (Injunction, Dkt. 40.) Based on these findings, the Court ordered, in relevant part, that:

       (1)    During the pendency of this action, [MSCHF] and its officers, agents, employees, attorneys, and all other persons who are in active concert or participation with [MSCHF] are prohibited from fulfilling orders for the 'Wavy Baby' shoes and/or colorable imitations or reconstructions thereof (the 'Prohibited Shoes');

       (2)    During the pendency of this action, [MSCHF], and any . . . agents . . . distributors, servants, . . . affiliates, . . . and all other persons who are in active

Hon. William F. Kuntz II
May 12, 2022
Page 2

> concert or participation with any of them are prohibited from . . . offering to sell, selling, distributing and/or taking orders for the Prohibited Shoes; [and]
>
> (3)    [MSCHF] shall reverse and/or cancel any orders for the Prohibited Shoes that have been placed as of the time of this Order.

(*Id.* at 16-17.)

Despite the unambiguous language of the Injunction, Vans has learned from multiple sources that MSCHF has continued to ship the Infringing Shoes to customers even after the Injunction issued and that it has also refused to reverse and/or cancel incomplete orders for the Infringing Shoes. Specifically, Vans has evidence that:

- On May 11, 2022—almost two weeks after the Injunction issued—a Vans employee who ordered the Infringing Shoes on April 18, 2022, received a shipment notification that her order had been picked up by the carrier from a warehouse facility in China operated by MSCHF's manufacturer/distributor, *see* Exhibit A;

- On May 11, 2022, a third-party MSCHF customer who ordered the Infringing Shoes on April 18, 2022, also received a shipment notification that the Infringing Shoes he ordered had been picked up by the carrier from the same warehouse facility, *see* Exhibit B; and

- On April 28, 2022, another third-party MSCHF customer who ordered the shoes on April 18, 2022, received a notification from MSCHF's shipping carrier indicating they had received his order information. Yet, it was not until May 11, 2022, that the Infringing Shoes were picked up by the carrier from the same warehouse facility, *see* Exhibit C.

Each of the above violations, alone, merits a finding that MSCHF is in contempt of this Court's Order, but together they demonstrate that MSCHF has intentionally and repeatedly flouted the authority of the Court. And these are just the violations that have come to Vans' attention; it is highly likely that more similar incidents will come to light through the briefing and hearing of Vans' contempt motion. A finding of contempt, and appropriate sanctions, are therefore necessary to ensure MSCHF's compliance with its obligations, and to protect Vans' intellectual property rights from further irreparable harm.

"[T]he power to punish for contempt is inherent in all courts." *Mas Wholesale Holdings LLC v. NW Rosedale Inc.*, No. 19-CV-1294-PKC-VMS, 2021 WL 1946380, at *5 (E.D.N.Y. Apr. 14, 2021) (citation omitted). This includes for failure to comply with a preliminary injunction. *New Falls Corp. v. Soni Holdings, LLC*, No. 2:19-cv-0449-SJF-AKT, 2021 WL 919110, at *7-9 (E.D.N.Y. Mar. 8, 2021). Finding contempt and issuing sanctions is appropriate when: (1) the order violated by the contemnor is "clear and unambiguous"; (2) the proof of noncompliance is "clear and convincing"; and (3) the contemnor has not "diligently attempted to comply [with the order] in a reasonable manner." *Paramedics Electromedicina Comercial, Ltda v. GE Med. Sys. Info. Techs, Inc.*, 369 F.3d 645, 655 (2d Cir. 2004) (quotations and citations omitted). Here, all three elements are satisfied.

Hon. William F. Kuntz II
May 12, 2022
Page 3

*First*, the Injunction is clear: "[d]uring the pendency of this action" MSCHF cannot fulfill any orders for the Infringing Shoes and must "reverse and/or cancel" any unfulfilled orders. When, as here, a court "tells [a] defendant what it must do to comply with the order and by when . . . . The order is clear and unambiguous." *Ferrara v. Metro D Excavation & Found., Inc.*, No. 10-CV-4215-SLT-LB, 2012 WL 6962214, at *3 (E.D.N.Y. Nov. 30, 2012).

*Second*, proof of MSCHF's noncompliance, which will be further detailed in the briefing, is clear and convincing. Vans need only provide "a quantum of proof adequate to demonstrate a reasonable certainty that a violation occurred." *Levin v. Tiber Holding Corp.*, 277 F.3d 243, 250 (2d Cir. 2002) (internal quotes omitted). Here, multiple third-party sources, including MSCHF's independent shipping carrier, have confirmed that the Infringing Shoes shipped from the MSCHF's manufacturer/distributor a mere two days ago, and an entire two weeks after the Injunction issued, meaning the shoes were in MSCHF's custody and control *after* the Injunction issued but were shipped anyway, in violation of the Injunction. These independent sources of evidence are more than sufficient to provide "reasonable certainty" that the violations occurred.

*Finally*, MSCHF's lack of diligence is obvious from the timing of its conduct. The shipments were not irreversible orders picked up shortly after the Injunction issued; they were made almost *two weeks* after the Court's unambiguous order that no such shipments be made. During this period, MSCHF had sufficient time to inform its affiliates and partners of the Injunction and to reverse or cancel unfulfilled orders. Yet MSCHF simply failed to do so. MSCHF should be held in contempt for failing to comply with the Court's unequivocal instructions.

Sanctions against MSCHF are also appropriate. "A civil contempt sanction should either seek to coerce the contemnor into future compliance with the court's order or to compensate the complainant for losses resulting from the contemnor's past noncompliance." *King v. Allied Vision, Ltd.*, 65 F.3d 1051, 1062 (2d Cir. 1995) (quotations and citation omitted). Appropriate sanctions include coercive fines and the award of attorneys' fees for the costs of prosecuting the contempt motion. *Cherie Amie, Inc. v. Windstar Apparel, Corp.*, 175 F. Supp. 2d 562, 566-68 (S.D.N.Y. 2001). Ultimately, a court "has broad discretion to fashion a remedy that will bring a defendant into compliance." *Id.* at 567.

Here, both civil fines and Vans' attorneys' fees are appropriate. For one, MSCHF's violations of the Court's Injunction justify a coercive fine to ensure MSCHF's future compliance with the Court's order. *See, e.g.*, *id.* (awarding a fine of $25,000 plus a fine of $10,000 for each day the contemnor failed to comply with the court's order). An award of attorneys' fees for the cost to Vans of bringing MSCHF's contempt to the Court's attention should also be granted, as MSCHF had ample notice of the Injunction and nonetheless willfully disregarded its obligations. *See id.*

For at least these reasons, Vans respectfully requests that the Court issue an expedited briefing schedule on Vans' proposed motion for contempt. Vans proposes that its opening memorandum of law be due on Friday, May 13, 2022, with MSCHF's response due on Tuesday, May 17, 2022, and Vans' reply, if any, due on Wednesday, May 18, 2022. Vans respectfully asks that Your Honor schedule a hearing thereafter, as soon as it is able to do so. Vans requests expedited consideration of its motion in light of the evidence that MSCHF is actively shipping the Infringing Shoes in violation of the Injunction.

Hon. William F. Kuntz II
May 12, 2022
Page 4

Sincerely,

**MCGUIREWOODS LLP**

*/s/ Tanya L. Greene*
Tanya L. Greene (pro hac vice)
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
Tel:  (213) 457-9879
Fax:  (213) 547-9899
tgreene@mcguirewoods.com

Philip A. Goldstein
Michael L. Simes
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Tel:  (212) 548-2167
Fax:  (212) 715-6275
pagoldstein@mcguirewoods.com
msimes@mcguirewoods.com

Lucy J. Wheatley (*pro hac vice*)
Matthew G. Rosendahl (*pending pro hac vice*) 800 East Canal Street
Richmond, VA 23219
Tel:  (804) 775-1000
Fax: (804) 698-2016
lwheatley@mcguirewoods.com
mrosendahl@mcguirewoods.com

Matthew W. Cornelia (*pending pro hac vice*)
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
Tel:  (214) 932-6400
Fax:  (214) 932-6499
mcornelia@mcguirewoods.com

*Counsel for Plaintiffs*
*Vans, Inc. and VF Outdoor, LLC*

cc:      Counsel for MSCHF (by CM/ECF)

# EXHIBIT A

**From:**
**To:** ▉▉▉▉▉▉▉▉
**Subject:** [EXTERNAL]Fwd: MSCHF Order #SNE_684759 - Your Results are now Available
**Date:** Monday, April 18, 2022 4:11:15 PM

---------- Original Message ----------
From: MSCHF Sneakers <draw-result-no-reply@mschfsneakers.com>
To: ▉▉▉▉▉▉▉▉
Date: 04/18/2022 3:41 PM
Subject: MSCHF Order #SNE_684759 - Your Results are now Available

— BRAG ABOUT IT —



MSCHFSNEAKERS.COM

# C O N G R A T U L A T I O N S,
## YOU'VE WON!

YOU'VE BEEN SELECTED AS ONE OF THE RAFFLE

WINNERS!

YOUR CARD HAS BEEN CHARGED AUTOMATICALLY AND
YOUR ORDER IS NOW BEING PROCESSED. NO FURTHER
ACTION IS NEEDED. WE WILL NOTIFY YOU WHEN YOUR
ORDER SHIPS.

WE SHIP ORDERS AS SOON AS WE CAN. PLEASE KEEP
IN MIND THAT ISSUES WITH GLOBAL AND DOMESTIC
FREIGHT & MAIL ARE CAUSING SIGNIFICANT DELAYS.
FOR MORE INFORMATION PLEASE REFER TO OUR
TERMS AND CONDITIONS. NOTE: THE CHARGES ON
YOUR CREDIT CARD MAY APPEAR AS "WAVY BABY" OR
AS "PANOPTICON," MSCHF'S BUSINESS ENTITY.



| ORDER SUMMARY #SNE_684759 | |
|---|---|
| WAVY BABY<br>US MENS 9 WOMENS 10.5 | $220 |
| SUBTOTAL<br>SHIPPING<br>TAXES<br>DUTIES | $220<br>FREE<br>INCLUDED<br>- |
| TOTAL | $220 |

CUSTOMER INFORMATION

SHIPPING ADDRESS        BILLING ADDRESS

CONTACT INFO            APPLE PAY
                        VISA ENDING

IF YOU HAVE ANY QUESTIONS, CONTACT US AT
SUPPORT@MSCHFSNEAKERS.COM

MSCHFSNEAKERS.COM



**From:**
**To:** ▮▮▮▮▮▮▮
**Subject:** [EXTERNAL]Fwd: MSCHF Order #SNE_684759 - Shipping Confirmation
**Date:** Wednesday, April 27, 2022 6:29:30 PM

---

---------- Original Message ----------
From: MSCHF Sneakers <shipping-information-no-reply@mschfsneakers.com>
To: ▮▮▮▮▮▮▮
Date: 04/27/2022 6:09 PM
Subject: MSCHF Order #SNE_684759 - Shipping Confirmation

MSCHFSNEAKERS.COM

# THANK YOU FOR YOUR PURCHASE



HI ▮▮▮▮▮▮, YOUR ORDER FROM MSCHFSNEAKERS.COM SHIPPED TODAY AND WILL BE DELIVERED TO YOU AS QUICKLY AS POSSIBLE.

YOU CAN FOLLOW YOUR ORDER USING THIS TRACKING NUMBER: 6849498202. YOUR ORDER NUMBER IS #SNE_684759.

PLEASE KEEP IN MIND THAT ISSUES WITH GLOBAL AND DOMESTIC FREIGHT & MAIL ARE CAUSING SIGNIFICANT DELAYS. FOR MORE INFORMATION, PLEASE REFER TO OUR TERMS AND CONDITIONS.

| ORDER SUMMARY #SNE_684759 | |
|---|---|
|  WAVY BABY<br>QUANTITY: 1 | $220 |

| | |
|---|---|
| SUBTOTAL | $220 |
| SHIPPING | FREE |
| TAXES | INCLUDED |
| DUTIES | - |

| | |
|---|---|
| TOTAL | $220 |

---

**CUSTOMER INFORMATION**



SHIPPING ADDRESS

BILLING ADDRESS

CONTACT INFO

APPLE PAY
VISA ENDING

---

IF YOU HAVE ANY QUESTIONS, CONTACT US AT
SUPPORT@MSCHF.XYZ

MSCHFSNEAKERS.COM



**From:**
**To:**
**Subject:**     [EXTERNAL]Fwd: DHL Shipment Notification : 6849498202
**Date:**        Wednesday, May 11, 2022 7:57:06 AM

---------- Original Message ----------
From: DHL Customer Support <support@dhl.com>
To:
Date: 05/11/2022 12:59 AM
Subject: DHL Shipment Notification : 6849498202

Notification for shipment event group "Picked up" for 11 May 22.

AWB Number: 6849498202
Pickup Date: 2022-04-28 00:27:29
Service: P
Pieces: 1
Cust. Ref:
6849498202CN20220427162730342
Description: MEN S SNEAKERS

Ship From:                              Ship To:

QINGYUAN HANJIA                         
XI'AN COMMERCIAL PLAZA,
MEILIN HU
NO 2057, 2ND FLOOR
QINGYUAN,
CN

EVENT CATEGORY
**11 May 22 12:57 PM - Shipment picked up - GUANGZHOU,CHINA,
PEOPLES REPUBLIC**

Shipment status may also be obtained from our Internet site in USA under
http://dhl-usa.com/track or Globally under http://www.dhl.com/track

Please do not reply to this email. This is an automated application used only for
sending proactive notifications

You are receiving this email because a notification is configured to receive
notifications from ProView. If you prefer not to receive future notification email

of this type, click [here](here) to unsubscribe. Please note this URL is only valid for 1 day.



## Quick Links

Customer Service

Customer Portal Logins

Digital Partners and Integrations

Developer Portal 🗗

Get a Quote

DHL for Business

Contact Sales (Business Only)

## Our Divisions

DHL Express

DHL Global Forwarding

DHL Supply Chain

DHL eCommerce Solutions

Other Global Divisions

## Industry Sectors

Auto-Mobility

Chemicals

Consumer

Energy

Engineering and Manufacturing

Life Sciences and Healthcare

Public Sector

Retail

Technology

## Company Information

About DHL

Delivered 🗗

Careers 🗗

Press Center

Sustainability

Supplier Diversity

Insights and Innovation

Official Logistics Partners

**Deutsche Post DHL Group**

Fraud Awareness    Legal Notice    Terms of Use    Privacy Notice    Dispute Resolution

Accessibility    Additional Information

**Follow Us**

2022 © - all rights reserved

# EXHIBIT B

**From:** ▮▮▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Fwd: MSCHF Order #SNE_682700 - Shipping Confirmation
**Date:** Wednesday, May 11, 2022 1:29:52 PM

---

**EXTERNAL EMA L; use caution with links and attachments**

Begin forwarded message:

**From:** MSCHF Sneakers <shipping-information-no-reply@mschfsneakers.com>
**Subject: MSCHF Order #SNE_682700 - Shipping Confirmation**
**Date:** April 27, 2022 at 6:01:12 PM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮

⎯⎯⎯                     MSCHFSNEAKERS.COM                     ⎯⎯⎯

# THANK YOU FOR YOUR PURCHASE



HI ▮▮▮▮▮▮▮▮ YOUR ORDER FROM MSCHFSNEAKERS.COM SHIPPED TODAY AND WILL BE DELIVERED TO YOU AS QUICKLY AS POSSIBLE.

YOU CAN FOLLOW YOUR ORDER USING THIS TRACKING NUMBER: 4607571360. YOUR ORDER NUMBER IS #SNE_682700.

PLEASE KEEP IN MIND THAT ISSUES WITH GLOBAL AND DOMESTIC FREIGHT & MAIL ARE CAUSING SIGNIFICANT DELAYS. FOR MORE INFORMATION, PLEASE REFER TO OUR TERMS AND CONDITIONS.

| ORDER SUMMARY #SNE_682700 |
| --- |
| WAVY BABY |





IF YOU HAVE ANY QUESTIONS, CONTACT US AT
SUPPORT@MSCHF.XYZ

MSCHFSNEAKERS.COM



# Quick Answers to Common Tracking Questions

When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?    ⌄

I have tracked a shipment and been told to contact DHL. Why is this?    ⌄

The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?    ⌄

How do I learn who signed for my shipment?    ⌄

As an account customer with DHL, is there a tracking solution I can use to receive an overview of all shipments on my account?    ⌄

My shipment is showing 'Custom status updated from the destination,' even though the shipment just left the country. What does this mean?    ⌄

There were shipments displayed, but mine wasn't listed.    ⌄

**Quick Links**

Customer Service

Customer Portal Logins

Digital Partners and Integrations

Developer Portal ↗

Get a Quote

DHL for Business

Contact Sales (Business Only)

**Our Divisions**

DHL Express

DHL Global Forwarding

DHL Supply Chain

DHL eCommerce Solutions

Other Global Divisions

**Industry Sectors**

Auto-Mobility

Chemicals

Consumer

Energy

Engineering and Manufacturing

Life Sciences and Healthcare

Public Sector

Retail

Technology

**Company Information**

About DHL

Delivered ↗

Careers ↗

Press Center

Sustainability

Supplier Diversity

Insights and Innovation

Official Logistics Partners

**Deutsche Post DHL Group**

Fraud Awareness    Legal Notice    Terms of Use    Privacy Notice    Dispute Resolution

**Follow Us**

▶ YouTube    f    in    ⊙

Accessibility      Additional Information

2022 © - all rights reserved

# EXHIBIT C

From: ███████████@icloud.com
Subject: Re: Wavy Baby
Date: May 6, 2022 at 5:14:02 PM
To: SNEAKERS support@mschfsneakers.com

You're the best. Thank you very much. Hopefully something changes soon regarding the updates.

> On May 6, 2022, at 5:12 PM, SNEAKERS <support@mschfsneakers.com> wrote:
>
>
> I totally get it; I'd feel the same way. So I'm seeing that your DHL tracking number is **1176429085.** There is definitely a delay in updates and communication at the moment, so you may not see recent updates, but I'm working to gain more clarity and provide more concrete answers.
>
>
> --
> MSCHF Support
> support@mschfsneakers.com
>
> On Fri, May 6, 2022 at 9:09 PM UTC, Adam Ortega ███████████@icloud.com> wrote:
>> I would really appreciate that. I am stressing out over this, lol, and feeling like I'm never going to get them. My order number is #SNE_683690
>>
>> On Fri, May 6, 2022 at 9:06 PM UTC, SNEAKERS <support@mschfsneakers.com> wrote:
>>> I can gather that, if I'm receiving a specific email about shipping, it's about an order that is in transit but not showing updates vial DHL, so my reply to you applies. If you'd like me to double-check your order, I can definitely do that.
>>>
>>>
>>> --
>>> MSCHF Support
>>> support@mschfsneakers.com
>>> On Fri, May 6, 2022 at 9:01 PM UTC, Adam Ortega
>>> ███████████@icloud.com> wrote:

You never asked for my order number and these were bought with a different email than provided. You really have no idea what's going on with my order. This is a generic response.

On Fri, May 6, 2022 at 8:51 PM UTC, SNEAKERS <support@mschfsneakers.com> wrote:

Hi ████

Thanks for your patience as you wait for your order to arrive; I know long shipping times can be frustrating. I can confirm that your order is currently in transit and that we will continue to monitor all outgoing orders. I'll work to keep you in the loop should any changes or issues arise.

--
MSCHF Support
support@mschfsneakers.com
On Fri, May 6, 2022 at 2:54 PM UTC, Adam Ortega
████████████@icloud.com> wrote:

Still no updates to my tracking information. These need to shipped asap. You got my money and now refusing to send the product I purchased. Please provide a better answer than you are not able to give info regarding my order.



Track Ship Enterprise Logistics Services Customer Service 

Tracking Code: 1176429085

This shipment is handled by: **DHL Express**

## Arrived at DHL Sort Facility GUANGZHOU - CHINA MAINLAND

May, 11 2022 19:25 Local time, GUANGZHOU - CHINA MAINLAND

**Service Area: GUANGZHOU - CHINA MAINLAND**

**Service Area: [redacted] KY - USA**

Estimated Delivery Date

# May, 19 2022 - By End of Day

To protect your privacy, more delivery details are available after validation

## More Shipment Details

## All Shipment Updates

Wednesday
**May, 11 2022**
19:25 Local time

**Arrived at DHL Sort Facility GUANGZHOU - CHINA MAINLAND**
GUANGZHOU - CHINA MAINLAND
1 Piece ID

Wednesday
**May, 11 2022**
15:15 Local time

**Shipment has departed from a DHL facility GUANGZHOU - CHINA MAINLAND**
GUANGZHOU - CHINA MAINLAND
1 Piece ID

13:29 Local time

**Processed at GUANGZHOU - CHINA MAINLAND**
GUANGZHOU - CHINA MAINLAND
1 Piece ID

11:58 Local time

**Shipment picked up**
GUANGZHOU - CHINA MAINLAND
1 Piece ID

If you would prefer to speak to someone personally about the location of your shipment, please **contact DHL Express Customer Service**

Track ⌄    Ship ⌄    Enterprise Logistics Services ⌄    Customer Service

🔍    👤 ⌄

When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?    ⌄

I have tracked a shipment and been told to contact DHL. Why is this?    ⌄

The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?    ⌄

How do I learn who signed for my shipment?    ⌄

As an account customer with DHL, is there a tracking solution I can use to receive an overview of all shipments on my account?    ⌄

My shipment is showing 'Custom status updated from the destination,' even though the shipment just left the country. What does this mean?    ⌄

There were shipments displayed, but mine wasn't listed.    ⌄

---

**Quick Links**

Customer Service

Customer Portal Logins

Digital Partners and Integrations

Developer Portal ⧉

Get a Quote

DHL for Business

Contact Sales (Business Only)

**Our Divisions**

DHL Express

DHL Global Forwarding

DHL Supply Chain

DHL eCommerce Solutions

Other Global Divisions

**Industry Sectors**

Auto-Mobility

Chemicals

Consumer

Energy

Engineering and Manufacturing

Life Sciences and Healthcare

Public Sector

Retail

Technology

**Company Information**

About DHL

Delivered ⧉

Careers ⧉

Press Center

Sustainability

Supplier Diversity

Insights and Innovation

Official Logistics Partners

---

**Deutsche Post DHL Group**



Legal Notice    Terms of Use    Privacy Notice    Dispute Resolution

**Follow Us**

   

Case 1:22-cv-02156-WFK-RML   Document 42   Filed 05/13/22   Page 26 of 26 PageID #: 1111