UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VANS, INC. and VF OUTDOOR, LLC,

        Plaintiffs,

  v.                                       **ORDER**
                                          22-CV-2156 (WFK) (RML)

MSCHF PRODUCT STUDIO, INC.,

        Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of the motion for contempt filed by the Plaintiffs at ECF No. 42.

The Court ORDERS the Defendant to file a response on or before Friday, May 20, 2022 at 5:00 P.M. Plaintiffs shall file their reply, if any, on or before Friday, May 27, 2022 at 5:00 P.M.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 12, 2022
       Brooklyn, New York