# Exhibit 2



**garyh_hanjiashoes** To: james@mschf.xyz   4/26/22, 9:01 PM

Hi,James:

   Here I confirm that all the Wavy shoes have left the factory and have been handed off to a third party for shipping via DHL to US customers.

   No, It is impossible to stop the shipments right now from delivery to customers. I am sorry , James . It is too late since the goods have left the factory, Pls understand.

   Any more?
Pls dont hesitate to contact me if anything else. It is pleasure to work for you.

   best regards
Gary

close

------------------------------------------------------------
发件人：James Kernan<james@mschf.xyz>
日　期：2022年04月27日 08:42:42
收件人：garyh_hanjiashoes<garyh_hanjiashoes@aliyun.com>
主　题：Important - Urgent

Hi Gary,

I'm reaching out to confirm that all the wavy shoes have left the factory and have been handed off to a third party for shipping via DHL to US customers. Please confirm if this is the situation. In addition, I'd like to check if it's possible to stop the shipments from delivery to customers? Is it too late since they've already left the factory?

Let me know thanks.

—————

James Kernan
MSCHF