# Exhibit 3



**James Kernan** To: garyh_hanjiashoes: - Cc: John Belcaster  4/29/22, 8:17 PM

Hi Gary,

Following up on this email. I know you already responded but I must tell you again.

Because of legal reasons I need you to cease all development and other work related to the Wavy Baby sneakers. Put everything on hold. Do not develop, produce, or distribute any thing related to Wavy Baby.

I have cc'd MSCHFs lawyer for his records.

…

**Robert Hu** To: james@mschf.xyz: - Cc: arya@mschf.xyz, John Belca…  4/29/22, 7:56 PM

Hi James

Sorry to know, but will definitely follow up your instruction on this project

Best regards
Robert Hu
(T) +86 13570003281
Program and Sourcing Manager
MSCHF China Office

**From:** James Kernan <james@mschf.xyz>
**Date:** Saturday, April 30, 2022 at 7:53 AM
**To:** Robert Hu <robert@mschf.xyz>
**Cc:** arya@mschf.xyz <arya@mschf.xyz>, John Belcaster <john@mschf.xyz>
**Subject:** Urgent Email

Hi Robert,

Because of legal reasons I need you to cease all development and other work related to the Wavy Baby sneakers. Put everything on hold. Do not develop, produce, or distribute any thing related to Wavy Baby.

Thank you. Arya and I will answer any questions you might have soon.

FYI, MSCHF lawyer, John Belcaster, is cc'd on this email.

—————
James Kernan
MSCHF

**David Dong** To: james@mschf.xyz: - Cc: arya@mschf.xyz, John Belc...  4/29/22, 7:53 PM

Hi James,

Well noted. I will immediately inform factory to stop all work with Wavy Baby, and take back all related samples that developed so far.

Thanks,

David

------------------ 原始邮件 ------------------

发件人： James Kernan "james@mschf.xyz"
时　　间： 2022/04/30 07:45:58 周六
收件人： 18929276595@189.cn
抄送人： "arya@mschf.xyz" "arya@mschf.xyz", John Belcaster "john@mschf.xyz"
主　　题： Urgent email

Hi David,

Because of legal reasons I need you to cease all development and other work related to the Wavy Baby sneakers. Put everything on hold. Do not develop, produce, or distribute any thing related to Wavy Baby.

Thank you.. Arya and I will answer any questions you might have soon.

FYI, MSCHF lawyer, John Belcaster, is cc'd on this email.

—————

James Kernan
MSCHF

2