# Exhibit 4



To whom it concerns,

Please allow LW12 to reroute all below tracking numbers that have not deliverd to this address:

LW12
James Kernan
BLDG 303, STE 201
63 Flushing Ave
Brooklyn, NY 11205
917-297-4662.

Sincerely,



Ted Clark























































