# Exhibit 5

5/17/22, 10:44 AM                                                          LW 12 LLC Mail - DHL Reroute Status

                                                       Isa Zinser <isa@lw12llc.com>

## DHL Reroute Status
3 messages

**Isa Zinser** <isa@lw12llc.com>                                           Mon, May 16, 2022 at 12:15 PM
To: Hayden Mitchell <hayden@bukuship.com>, Ted Clark <ted@bukuship.com>, James Kernan <james@lw12llc.com>

Hello Hayden and Ted,

Could you provide me with a status update of DHL packages being rerouted? Specifically, how many have been rerouted so far and expected time for the rerouting of all packages.

Thanks,

--
Isa Zinser
LW12 LLC
917 454 8446

**Isa Zinser** <isa@lw12llc.com>                                           Mon, May 16, 2022 at 3:18 PM
To: Hayden Mitchell <hayden@bukuship.com>, Ted Clark <ted@bukuship.com>

Hi Hayden and Ted,

Want to follow up on my earlier email request for an update on DHL reroute status. This request is very urgent. The MSCHF team has contacted DHL and had them spot check a number of the shipments. None of those that were checked showed any evidence of the reroute request, This is very concerning. Please respond ASAP as to the status of DHL packages being rerouted.
[Quoted text hidden]

**Hayden Mitchell** <hayden@bukuship.com>                                  Mon, May 16, 2022 at 3:25 PM
To: Isa Zinser <isa@lw12llc.com>, Ted Clark <ted@bukuship.com>

Hello Isa,

We have emails out to our contacts at DHL and the DHL support team. I'm hoping to have a status update and timeline for delivery for you later today. We will keep you posted as we hear from them.

Hayden

**From:** Isa Zinser <isa@lw12llc.com>
**Sent:** Monday, May 16, 2022 1:18 PM
**To:** Hayden Mitchell <hayden@bukuship.com>; Ted Clark <ted@bukuship.com>
**Subject:** Re: DHL Reroute Status

[Quoted text hidden]