# Exhibit 6



Jacob Krowicki <jacob@mschf.xyz>

## Update

**Isa Zinser** <isa@lw12llc.com>  Thu, May 19, 2022 at 11:07 AM
To: Jacob Krowicki <jacob@mschf.xyz>

Hey Jake,

I have not received an additional update from them regarding the reroute request. I will email them this morning to see if there are any updates.

Thanks,

On Thu, May 19, 2022 at 10:49 AM Jacob Krowicki <jacob@mschf.xyz> wrote:
> Hi Isa,
>
> Any update from your DHL partner on the reroute request? Please check in with them this morning.
>
> Thanks,
> Jake
>
> On Wed, May 18, 2022 at 4:34 PM Isa Zinser <isa@lw12llc.com> wrote:
>> Hey Jake,
>>
>> I haven't gotten a response from my initial email today as of yet. I will write a followup email for this additional request and let you know when they get back to me.
>>
>> Thanks,
>>
>> On Wed, May 18, 2022 at 4:03 PM Jacob Krowicki <jacob@mschf.xyz> wrote:
>>> Hi Isa,
>>>
>>> In addition to this please request that for any failed deliveries, we want DHL to stop trying to deliver and instead reroute those to LW12 so we can keep them out of customers hands.
>>>
>>> Thanks,
>>> Jake
>>>
>>> On Wed, May 18, 2022 at 1:48 PM Isa Zinser <isa@lw12llc.com> wrote:
>>>> Hey Jake,
>>>>
>>>> Let me reach out to them for that information and get back to you.
>>>>
>>>> Thanks,
>>>>
>>>> On Wed, May 18, 2022 at 11:58 AM Jacob Krowicki <jacob@mschf.xyz> wrote:
>>>>> Hey Isa,
>>>>>
>>>>> Thanks for the update. Can you please have your shipping partner request from DHL a list of tracking numbers that they have actually rerouted? We're currently seeing nearly all of these goods delivered, which makes us feel that DHL has completely ignored this request, despite the urgency of the matter.
>>>>>
>>>>> Thanks,
>>>>> Jake
>>>>>
>>>>> On Tue, May 17, 2022 at 4:43 PM Isa Zinser <isa@lw12llc.com> wrote:
>>>>>> Hey Jake,
>>>>>>
>>>>>> DHL Partners were able to get an update from DHL. See attached PDF.

Thanks,

On Tue, May 17, 2022 at 10:51 AM Isa Zinser <isa@lw12llc.com> wrote:
> Hey Jake,
>
> I have attached email correspondence with our DHL partners. I will also follow up with them this morning as I did not hear back from them yesterday.
>
> Thanks,
>
> On Mon, May 16, 2022 at 3:22 PM Isa Zinser <isa@lw12llc.com> wrote:
>> HI Jake,
>>
>> Understood. Our DHL partners have not responded to our update request as of yet. I will write them a follow up email to express the urgency of this matter.
>>
>> Thanks,
>>
>> On Mon, May 16, 2022 at 2:56 PM Jacob Krowicki <jacob@mschf.xyz> wrote:
>>> Hi Isa,
>>>
>>> I just spoke with DHL, and had them spot check a number of the shipments. None of those that were checked showed any evidence of the reroute request, which is very concerning. Please impress upon your DHL partner the urgency of the situation, and request an update ASAP. As the parcels were shipped from their account, we are unable to request action beyond tracking updates, so really need them to move on this.
>>>
>>> Thanks,
>>> Jake
>>>
>>> On Mon, May 16, 2022 at 12:20 PM Isa Zinser <isa@lw12llc.com> wrote:
>>>> Hi Jake,
>>>>
>>>> I will reach out to our DHL partner to check the status of the reroute request and get back to you ASAP.
>>>>
>>>> Thanks,
>>>>
>>>> On Mon, May 16, 2022 at 11:52 AM Jacob Krowicki <jacob@mschf.xyz> wrote:
>>>>> Hey Isa,
>>>>>
>>>>> Do you have any update from your DHL partner on the status of this reroute request? We need an update urgently.
>>>>>
>>>>> Thanks,
>>>>> Jake
>>>>>
>>>>> On Thu, May 12, 2022 at 4:07 PM Isa Zinser <isa@lw12llc.com> wrote:
>>>>>> Hi Jake,
>>>>>>
>>>>>> That is correct. Thanks for the followup.
>>>>>>
>>>>>> Isa,
>>>>>>
>>>>>> On Thu, May 12, 2022 at 3:58 PM Jacob Krowicki <jacob@mschf.xyz> wrote:
>>>>>>> Hey Isa,
>>>>>>>
>>>>>>> Sending a followup email regarding our communication yesterday concerning the DHL shipments that need to be rerouted to our warehouse.
>>>>>>>
>>>>>>> Thank you for speaking to me Wednesday and jumping on this request. I know it's a weird request to have ~1,800 individual shipments that need rerouting.
>>>>>>> Please correct me if I'm wrong. A letter was prepared by the DHL account holder, third-party partner of LW12, authorizing DHL to reroute those packages. The letter was prepared by that third-party on 5/11. During one of many calls to DHL they gave conflicting information

on how to get this rerouted. It was later determined the account holder would need to email DHL directly to get these rerouted. Your third-party account holder confirmed the letter was sent the afternoon of 5/11 to DHL requesting a rerouting of these packages.

As of 5/12 3:15pm EST we are waiting on DHL to execute our request to reroute those shipments to LW12 for permanent hold.
--
Jake Krowicki
MSCHF

--
Isa Zinser
LW12 LLC
19174548446


--
Jake Krowicki
MSCHF
--
Isa Zinser
LW12 LLC
19174548446


--
Jake Krowicki
MSCHF


--
Jake Krowicki
MSCHF


--
Jake Krowicki
MSCHF


--
Jake Krowicki
MSCHF