# Exhibit 7

## Re: Urgent    Inbox ×

**Isa Zinser** To: james@mschf.xyz: - Cc: John Belcaster    4/29/22, 7:42 PM

Hi James,

Understood, fulfillment and shipping will be ceased for wavy shoes.

Thanks,

On Fri, Apr 29, 2022 at 7:35 PM James Kernan <james@mschf.xyz> wrote:

close

> Hello Isa,
>
> Please cease shipping and all fulfillment of Wavy shoes. Thank you.
>
> —————
> James Kernan
> MSCHF

--
Isa Zinser
LW12 LLC
19174548446

**James Kernan** To: Isa Zinser: - Cc: John Belcaster    4/29/22, 7:35 PM

Hello Isa,

Please cease shipping and all fulfillment of Wavy shoes. Thank you.

—————
James Kernan
MSCHF