UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
VANS, INC. and VF OUTDOOR, LLC :
: Case No. 1:22-cv-02156-WFK-RML
Plaintiffs, :
:
-against- :
:
MSCHF PRODUCT STUDIO, INC. :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL STAY

**WHEREAS**, on April 29, 2022 this Court issued a Decision & Order (Dkt. 40) granting the motion for a preliminary injunction filed by Plaintiffs Vans, Inc. and VF Outdoor, LLC ("Vans"),

**WHEREAS**, on May 2, 2022 Defendant MSCHF Product Studio, Inc. ("MSCHF") filed a notice of appeal regarding the Court's Decision & Order (Dkt. 41),

**WHEREAS**, on May 25, 2022, the Court of Appeals for the Second Circuit granted MSCHF's motion to expedite the appeal;

**WHEREAS**, MSCHF filed a Motion to Partially Stay Preliminary Injunction, Require Plaintiff to Post a Bond, and Rescind Escrow Requirement with this Court (Dkts. 46 and 47) (the "Motion");

**WHEREAS**, Rule III.E.1 of this Court's Individual Motion Practices and Rules requires parties to set their own briefing schedule and receive the Court's approval for such schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among Vans and MSCHF, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern briefing regarding the Motion:

- MSCHF filed its **Motion for a Partial Stay** on **May 20, 2022**
- **Vans's Opposition Papers** shall be filed on or before **June 10, 2022**
- **MSCHF's Reply Papers** shall be filed on or before **June 17, 2022.**

Dated: May 26, 2022                                      Respectfully submitted,

By: /s/ Tanya L. Green_____                    By: /s/ David H. Bernstein _____
    Tanya L. Greene                                              David H. Bernstein

McGUIREWOODS LLP                                         DEBEVOISE & PLIMPTON LLP
    Tanya L. Greene (*pro hac vice*)                           David H. Bernstein
    Wells Fargo Center, South Tower                            Megan K. Bannigan
    355 S. Grand Ave., Suite 4200                              Marissa MacAneney
    Los Angeles, CA 90071                                      Timothy Cuffman
    Tel: (213) 457-9879                                        919 Third Avenue
    Fax: (213) 547-9899                                        New York, New York 10022
    tgreene@mcguirewoods.com                                   Tel: (212) 909-6000
                                                               dhbernstein@debevoise.com
    Philip A. Goldstein                                        mkbannigan@debevoise.com
    Michael L. Simes                                           mpmacaneney@debevoise.com
    1251 Avenue of the Americas, 20th Floor                    tcuffman@debevoise.com
    New York, NY 10020
    Tel: (212) 548-7013                                        SWANSON, MARTIN & BELL, LLP
    Fax: (212) 715-6260                                        William D. Patterson (*pro hac vice*)
    msimes@mcguirewoods.com                                    Nicole E. O'Toole (*pro hac vice*)
    pagoldstein@mcguirewoods.com                               330 N. Wabash, Suite 3300
                                                               Chicago, IL 60611
    Lucy J. Wheatley (*pro hac vice*)                          (312) 321-8445
    800 East Canal Street                                      wpatterson@smbtrials.com
    Richmond, VA 23219                                         notoole@smbtrials.com
    Tel: (804) 775-1000
    Fax: (804) 698-2016
    lwheatley@mcguirewoods.com

| | |
|---|---|
| *Counsel for Plaintiffs Vans, Inc. and VF Outdoor, LLC* | MSCHF PRODUCT STUDIO, INC.<br>John Belcaster (*pro hac vice*)<br>62 Bayard Street<br>Brooklyn, NY 11222<br>john@mschf.xyz<br><br>*Counsel for Defendant MSCHF Product Studio, Inc.* |

APPROVED AND SO ORDERED this \_\_\_\_ day of _____, 2022.

_____
The Honorable William F. Kuntz II