| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | SWANSON, MARTIN & BELL, LLP |
| David H. Bernstein | William D. Patterson (*pro hac vice*) |
| Megan K. Bannigan | Nicole E. O'Toole (*pro hac vice*) |
| Marissa MacAneney | 330 N. Wabash, Suite 3300 |
| Timothy Cuffman | Chicago, IL 60611 |
| 919 Third Avenue | (312) 321-8445 |
| New York, New York 10022 | wpatterson@smbtrials.com |
| Telephone: (212) 909-6696 | notoole@smbtrials.com |
| Fax: (212) 521-7696 | |
| dhbernstein@debevoise.com | MSCHF PRODUCT STUDIO, INC. |
| mkbannigan@debevoise.com | John Belcaster (*pro hac vice*) |
| mkbannigan@debevoise.com | 62 Bayard Street |
| tcuffman@debevoise.com | Brooklyn, NY 11222 |
| | john@mschf.xyz |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VANS, INC. and VF OUTDOOR, LLC

  Plaintiffs,

 -against-

MSCHF PRODUCT STUDIOS, INC.,

  Defendant

---

22-cv-02156-WFK-RML

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MSCHF Product Studios, Inc., through its undersigned counsel, states that it is a non-governmental corporate party and that MSCHF Product Studios, Inc. is a corporation who has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

**Dated:**   June 14, 2022
      Chicago, Illinois

/s/     Nicole E. O'Toole

SWANSON, MARTIN & BELL, LLP
William D. Patterson (*pro hac vice*)
Nicole E. O'Toole (*pro hac vice*)
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-8445
wpatterson@smbtrials.com
notoole@smbtrials.com

MSCHF PRODUCT STUDIO, INC.
John Belcaster (*pro hac vice*)
62 Bayard Street
Brooklyn, NY 11222
john@mschf.xyz

DEBEVOISE & PLIMPTON LLP
David H. Bernstein
Megan K. Bannigan
Marissa MacAneney
Timothy Cuffman
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
dhbernstein@debevoise.com
mkbannigan@debevoise.com
mpmacaneney@debevoise.com
tcuffman@debevoise.com

*Counsel for Defendant MSCHF Product Studio, Inc.*