# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

VANS, INC. and VF OUTDOOR, LLC,

        Plaintiffs,

      v.

MSCHF PRODUCT STUDIO, INC.,

        Defendant.

Case No. 1:22-cv-02156-WFK-RML

JURY TRIAL DEMANDED

Date of Service: December 2, 2022

## JOINT STATUS REPORT

DEBEVOISE & PLIMPTON LLP
David H. Bernstein
Megan K. Bannigan
Marissa MacAneney
Timothy Cuffman
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
Fax: (212) 521-7696
dhbernstein@debevoise.com
mkbannigan@debevoise.com
mpmacaneney@debevoise.com
tcuffman@debevoise.com

SWANSON, MARTIN & BELL, LLP
William D. Patterson (*pro hac vice*)
Nicole E. O'Toole (*pro hac vice*)
330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-8445
wpatterson@smbtrials.com
notoole@smbtrials.com

MSCHF PRODUCT STUDIO, INC.
John Belcaster (*pro hac vice*)
62 Bayard Street
Brooklyn, NY 11222
john@mschf.xyz

*Counsel for Defendant*
*MSCHF Product Studio, Inc.*

McGUIREWOODS LLP

Philip A. Goldstein
Michael L. Simes
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Tel: (212) 548-2100
Fax: (212) 548-2150
pagoldstein@mcguirewoods.com
msimes@mcguirewoods.com

Tanya L. Greene (*pro hac vice*)
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
Tel: (213) 457-9879
Fax: (213) 547-9899
tgreene@mcguirewoods.com

Lucy J. Wheatley (*pro hac vice*)
Matthew G. Rosendahl (*pending pro hac*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 698-2016
lwheatley@mcguirewoods.com
mrosendahl@mcguirewoods.com

Matthew W. Cornelia (*pro hac vice*)
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201

Tel: (214) 932-6400
Fax: (214) 932-6499
mcornelia@mcguirewoods.com

*Counsel for Plaintiffs*
*Vans, Inc. and VF Outdoor, LLC*

Pursuant to this Court's Status Report Order ("Order") dated October 17, 2022, the parties hereby submit this joint status report. The parties mutually request that this Court continue the discovery stay in this matter for the following reasons:

This dispute involves the Brooklyn-based art collective MSCHF Product Studios, Inc.'s ("MSCHF") use of modified trademarks and trade dress belonging to Vans, Inc. and VF Outdoor, LLC (collectively "Vans"). Vans asserts that MSCHF's references to their trademarks and trade dress constitute trade dress infringement, while MSCHF maintains, amongst other defenses, that it has a First Amendment right to the use of the modified versions of the marks as part of its artistic expression. The District Court granted Vans' preliminary injunction, and MSCHF obtained an expedited appeal from the Second Circuit. The briefing on the appeal is complete and oral argument occurred September 28, 2022.

As this Court previously recognized, the appeal will clarify the applicable law and likely define the parameters of the claims and the scope of discovery in this matter. (Minute Entry Dated October 17, 2022). The Second Circuit has not yet issued a ruling.

Further supporting the continued stay, since this Court issued its Order, the Supreme Court of the United States granted certiorari in *Jack Daniels Properties, Inc. v. VIP Products LLC*,, No. 21-16969. 2022 WL 1654040 (9th Cir. 2022), *cert granted*, 598 U.S. __ (U.S. Nov. 21, 2022) (No. 22-148). *Jack Daniels* concerns the humorous use of Jack Daniels' trademarks and trade dress by VIP Products on a dog toy. Although there are factual differences between *Jack Daniels* and this dispute, the Parties agree that the Supreme Court's decision may provide additional guidance on the balance between trademark law and the First Amendment. A briefing schedule has been set in *Jack Daniels* and the parties anticipate a ruling in mid-2023.

Based on the recent developments, the Parties respectfully request that this matter continue to be stayed and that the parties will provide the Court with a status report on or before February 3, 2023.

Dated: December 2, 2022

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Tanya L. Greene*
Tanya L. Greene (*pro hac vice*)
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
Tel: (213) 457-9879
Fax: (213) 547-9899
tgreene@mcguirewoods.com

Philip A. Goldstein
Michael L. Simes
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Tel: (212) 548-2100
Fax: (212) 548-2150
pagoldstein@mcguirewoods.com
msimes@mcguirewoods.com

Lucy J. Wheatley (*pro hac vice*)
Matthew G. Rosendahl (*pending pro hac*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 698-2016
lwheatley@mcguirewoods.com

Matthew W. Cornelia (*pro hac vice*)
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Tel: (214) (32-6400
Fax: (214) 932-6499
mcornelia@mcguirewoods.com

*Counsel for Plaintiffs*
*Vans, Inc. and VF Outdoor*

Dated: December 2, 2022

Respectfully submitted,

*/s/ William D. Patterson*
SWANSON, MARTIN & BELL, LLP
William D. Patterson (*pro hac vice*)
Nicole E. O'Toole (*pro hac vice*)
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
wpatterson@smbtrials.com
notoole@smbtrials.com

DEBEVOISE & PLIMPTON LLP
David H. Bernstein
Megan K. Bannigan
Marissa MacAneney
Timothy Cuffman
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6696
dhbernstein@debevoise.com
mkbannigan@debevoise.com
mpmacaneney@debevoise.com
tcuffman@debevoise.com

John Belcaster (*pro hac vice*)
MSCHF PRODUCT STUDIO, INC.
62 Bayard Street
Brooklyn, NY 11222
john@mschf.xyz

**Counsel for Defendant MSCHF Product Studio, Inc.**